**Frank A. CARTER, Jr., Chief Disciplinary Counsel**

v.

**Robert TESTA.**

**No. 82–468–M.P.**

Supreme Court of Rhode Island.

Dec. 20, 1985.

## ORDER

The petition of Robert Testa for reinstatement as a member of the Bar is hereby granted.